UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re

DANIELLE BROWN,

    Debtor,

BETTY J. TAYLOR,

    Appellant,                      Case No. 14-CV-12976

vs.                                          HON. MARK A. GOLDSMITH

DANIEL M. McDERMOTT,

    United States Trustee.

_____/

## ORDER REGARDING OBJECTION (DKT. 4)

On July 30, 2014, Appellant Betty J. Taylor, bankruptcy petition preparer in the underlying Chapter 7 bankruptcy case, filed a notice of appeal from an order of the bankruptcy court (Dkt. 1). On August 4, 2014, the Court entered an order (Dkt. 3) noting that Appellant failed to pay the required filing fee, and directing Appellant to pay the full filing fee on or before August 11, 2014. The order stated, "Failure to pay the fee within the time allowed shall result in dismissal of the appeal."

On August 11, 2014, Appellant filed an objection to the Court's order directing payment of the filing fee (Dkt. 4). In the objection, Appellant asserts, "There have been numerous cases filed with exactly the same application to proceed without paying costs and they were granted. . . . Enclosed I have provided for you a copy of the application and order . . . ." Id. Attached to the objection are (i) an application to proceed without prepayment of fees or costs that Appellant filed in a different case, Taylor v. Credit Acceptance Corporation (case number 5-14-cv-11031)

and (ii) an order granting the application in that case.

Although Appellant seems to assert that she filed an application to proceed without prepayment of fees or costs in this Court, the Court has reviewed the documents submitted by Appellant — including the notice of appeal and the enclosed papers — and there is no such application included in these documents. Nor is there any document indicating that the bankruptcy court granted Appellant leave to proceed without prepayment of fees or costs.[1] Accordingly, on or before August 22, 2014, Appellant must either:

- Pay the $298.00 bankruptcy appeal fee, see Fee Schedule for United States Bankruptcy Court, Eastern District of Michigan, available at http://www.mieb.uscourts.gov/court-info/fee-schedule;

- Submit a completed application to proceed without prepayment of fees or costs in this Court, see In re Nadolski, No. 12-11225, 2012 WL 3553878, at **1-2 (E.D. Mich. Aug. 17, 2012) (concluding that 28 U.S.C. § 1915(a)(1) authorizes district courts to grant in forma pauperis status on bankruptcy appeals); or

- Submit to this Court a copy of any order entered in the bankruptcy court granting Appellant Betty J. Taylor leave to proceed without prepayment of fees or costs, if applicable.

If Appellant does not timely comply with this order, the case will be dismissed.

SO ORDERED.


Dated: August 14, 2014  
       Flint, Michigan

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge

---

[1] Although the debtor, Danielle N. Brown, filed an application with the bankruptcy court to have the Chapter 7 filing fee waived, see Dkt. 1 at 70 of 113, there is no indication that Appellant, the bankruptcy petition preparer, ever sought or was granted leave to proceed without prepayment of fees or costs.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 14, 2014.

                                              s/Deborah J. Goltz
                                              DEBORAH J. GOLTZ
                                              Case Manager